**FILED**
April 29, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>                    Plaintiff,              )<br>v.                                                         )<br>                                                              )<br>ETHAN GEORGE BANASZAK,      )<br>                                                              )<br>                    Defendant.            ) | CASE NUMBER: 2:13-cr-00149-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Ethan George Banaszak; Case 2:13-cr-00149-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond in the amount of $75,000, co-signed by stepmother.

     \_    Appearance Bond with 10% Deposit

     \_    Appearance Bond secured by Real Property

     \_    Corporate Surety Bail Bond

     X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 4/29/2013 at 2:25 pm.

By _Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge