HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ETHAN GEORGE BANASZAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-13-149 GEB |
| Plaintiff, | ) ) | STIPULATION AND PROPOSED ORDER VACATING STATUS CONFERENCE SETTING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) ) | |
| ETHAN GEORGE BANASZAK | ) | |
| Defendant. | ) ) | Date : June 21, 2013 Time:  9:00 a.m. Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

The United States of America, by and through Lee Bickley, Assistant United States Attorney, together with the defendant, Ethan George Banaszak, through Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the status conference date of May 17, 2013 and setting the status conference for June 21, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case, and to negotiate with the government for a resolution of this matter.  Additionally, defense counsel is unavailable on May 17, 2013 due to being on furlough that day.

The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from May 14, 2013 until June 21, 2013.

Dated:  May 14, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ETHAN GEORGE BANASZAK

Dated: May 14, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
LEE BICKLEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 14, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Friday, May 17, 2013, be vacated and that a status conference be set for **Friday, June 21, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 14, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 14, 2013, through and including June 21, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  May 14, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2                                   *US v. Banaszak, et al.*, 13-149 GEB