```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ETHAN GEORGE BANASZAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-13-149 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER VACATING STATUS CONFERENCE SETTING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| ETHAN GEORGE BANASZAK | ) | Date : September 27, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

   The United States of America, by and through Lee Bickley, Assistant United States Attorney, together with the defendant, Ethan George Banaszak, through Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the status conference date of August 30, 2013 and setting the status conference for September 27, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case, and to negotiate with the government for a resolution of this matter.

   The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from August 26, 2013 until September 27, 2013.

Dated:  August 26, 2013

           Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ETHAN GEORGE BANASZAK

Dated: August 26, 2013        BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
LEE BICKLEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 27, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Friday, August 30, 2013, be vacated and that a status conference be set for **Friday, September 27, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 27, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of August 26, 2013, through and including September 27, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  August 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge