HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ETHAN GEORGE BANASZAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-149 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | AND TO EXCLUDE TIME |
| ETHAN GEORGE BANASZAK, | ) ) | Date: November 8, 2013 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LEE BICKLEY, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, attorney for ETHAN GEORGE BANASZAK, that the status conference hearing date of October 25, 2013 be vacated, and the matter be set for status conference/change of plea on November 8, 2013 at 9:00 a.m.

The reasons for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case, and to negotiate with the government for a resolution of this matter.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 8, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| DATED: October 23, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for ETHAN GEORGE BANASZAK |
| DATED: October 23, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew C. Bockmon for*<br>LEE BICKLEY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 25, 2013, status conference hearing be continued to November 8, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 8, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge